IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHIRLEY A. STILLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV569 |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | ORDER |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's second motion for extension of time to respond to plaintiff's brief (Filing No. 15). The Court notes said brief has been filed. Accordingly,

IT IS ORDERED that defendant's second motion for extension of time is denied as moot.

DATED this 8th day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court